**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Andrew K. MIRIKITANI, Defendant—Appellant.**

No. 05–10366.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

Michael Purpura, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Andrew K. Mirikitani appeals from the 51–month sentence imposed following his jury trial conviction for wire fraud; fraudulently obtaining and converting government property; accepting a bribe; extortion under color of official right; attempting to hinder the communication of information relating to the commission of a federal offense; and witness tampering. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The judicial fact-finding that occurred at Mirikitani's sentencing did not violate the Sixth Amendment because he was not sentenced pursuant to a mandatory guidelines scheme. *See United States v. Booker,* 543 U.S. 220, 245–46, 259–60, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *see also United States v. Ameline,* 409 F.3d 1073, 1077–78 (9th Cir.2005) (en banc). Further, the district court was not required to make factual findings beyond a reasonable doubt to comport with the guarantee of due process contained in the Fifth Amendment. *See United States v. Staten,* 450 F.3d 384, 392–93 (9th Cir.2006).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.